583 A.2d 300

STATE OF NEW JERSEY v. JOSEPH O'DONNELL.

January 10, 1990.

Petition for certification denied.

583 A.2d 300

STATE OF NEW JERSEY v. WILLIAM BALDWIN.

January 10, 1990.

Petition for certification denied.

583 A.2d 300

STATE OF NEW JERSEY v. CHARLES NEIMAN.

January 10, 1990.

Petition for certification denied.

583 A.2d 300

CITY OF CAMDEN, ETC. v. BLOCK 214, LOT 21, ETC.

January 10, 1990.

Petition for certification denied.